*Jonas J. Shapiro* for motion.

*Edward J. Gould* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of THOMAS O'KEEFE, Respondent, against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Appellant.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion to amend the remittitur denied. (See 268 N. Y. 517.)

SPARKILL REALTY CORPORATION et al., Respondents, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 19587.)

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 192.)

In the Matter of FRANK E. MERRIWEATHER, Respondent, against CARROLL J. ROBERTS et al., as Members of the Board of Health of the City of Buffalo, et al., Appellants.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 12.)

WALTER N. SMITH, Appellant, *v.* F. H. LaGUARDIA, as Mayor of the City of New York, et al., Respondents.

(Submitted September 30, 1935; decided October 8, 1935.)